**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00353-CV

**MANSIK & YOUNG PLAZA LLC; YOUNG HO KIM; SUN HUI KIM; AND DAVID KIM, Appellants**

**V.**

**K-TOWN MANAGEMENT, LLC D/B/A KTN US; IP INVESTMENTS, LTD.; ODES H. KIM; JI HONG PARK, AND CHUL SEUNG PARK, Appellees**

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-12729

## ORDER

We **GRANT** appellants' April 23, 2015 unopposed motion to extend time to file brief and **ORDER** the brief be filed no later than May 18, 2015.

/s/ CRAIG STODDART
JUSTICE